# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>        Defendants. | 1:19-cv-000478 JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 21 DAYS |

Plaintiff has not paid the $400.00 filing fee or sought to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

Within 21 days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed or pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: __**April 22, 2019**__                      __**/s/ Jennifer L. Thurston**__
                                                                                        UNITED STATES MAGISTRATE JUDGE