# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>Defendants. | Case No. 1:19-cv-00478-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>**(Doc. 4)** |

Plaintiff is a former Fresno County Jail inmate proceeding *pro se* in this action under 42 U.S.C. § 1983. The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court reviewed Plaintiff's financial status affidavit (Doc. 4), and finds the requirements of 28 U.S.C. § 1915(a) are satisfied. Therefore, Plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

IT IS SO ORDERED.

Dated: __**April 23, 2019**__                    __**/s/ Jennifer L. Thurston**__
                                                              UNITED STATES MAGISTRATE JUDGE