# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>Defendant(s). | 1:19-cv-00478 AWI JLT (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 9) |

On April 24, 2019, plaintiff filed an application to proceed in forma pauperis. Because the Court granted plaintiff's previous application to proceed in forma pauperis on April 23, 2019, the Court **ORDERS** that plaintiff's application filed on April 24, 2019 is DISREGARDED as MOOT.

IT IS SO ORDERED.

Dated: __**April 25, 2019**__             ____**/s/ Jennifer L. Thurston**__
                                                                         UNITED STATES MAGISTRATE JUDGE