UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>Defendants. | Case No. 1:19-cv-00478-AWI-JLT (PC)<br><br>**ORDER STRIKING MOTION**<br>**BY THIRD PARTY**<br><br>(Doc. 20) |

On March 12, 2020, the Court issued a screening order directing Plaintiff to file a second amended complaint curing the deficiencies identified in the order. (Doc. 16.) On April 14, 2020, the Court granted Plaintiff an extension of time to file an amended complaint. (Doc. 18.) Plaintiff filed a second amended complaint on April 15, 2020 (Doc. 19), which the Court will screen in due course.

On April 20, 2020, the Court received a motion filed on behalf of Plaintiff, requesting appointment of counsel, an extension of time, and release from Fresno County Jail. (Doc. 20.) The Court is unable to determine the author of the motion, but it is clear that it is not signed by Plaintiff; the author describes the motion as a "letter of community support." (*See id.* at 1, 2.)

First, the Court already granted Plaintiff an extension of time, and Plaintiff has filed a second amended complaint. (Docs. 18, 19.) Thus, the present request for an extension of time is moot and unnecessary. Second, Plaintiff may not pursue release from custody in this 42 U.S.C.

1    section 1983 action; rather, if release is his goal, his sole federal remedy would be through a writ

2    of *habeas corpus*. *Preiser v. Rodriguez*, 411 U.S. 475, 489, 500 (1973).

3            Third, pursuant to the Federal Rules of Civil Procedure and Local Rules, all pleadings,

4    motions, and other documents filed with the Court must be signed by an attorney of record or by a

5    party appearing *pro se*. Fed. R. Civ. P. 11(a); Local Rule 131(b). Thus, Plaintiff, as a *pro se*

6    litigant, must sign all documents filed with the Court. Because the present motion is signed not by

7    him but by a third party with no standing, the Court directs the Clerk of the Court to STRIKE the

8    motion from the record.

9
10   IT IS SO ORDERED.

11       Dated:   __**April 22, 2020**__                    _____**/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2