UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00478-AWI-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 26)<br><br>30-DAY DEADLINE |

On June 28, 2020, the Court issued an order directing Plaintiff to complete "service documents" and to return them to the court. (Doc. 25.) On July 7, 2020, the U.S. Postal Service returned the order as undeliverable. On July 17, 2020, Plaintiff filed a motion for an extension of time. (Doc. 26.) He does not state a basis for his request, but he provides a new mailing address. (*Id.*) Thus, the Clerk's Office re-served the Court's June 28, 2020 order by mailing it to the new address. Good cause appearing, the Court GRANTS Plaintiff **30 days** from the date of service of this order to complete and return the service documents attached the Court's June 28, 2020 order (Doc. 25), per the directions in the order.

IT IS SO ORDERED.

　　Dated:　**July 21, 2020**　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE