UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WASHINGTON,<br><br>          Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY SHERIFF, et al.,<br><br>          Defendants. | No. 1:19-cv-00478-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>Doc. No. 33 |

       Plaintiff Perry Washington, a former detainee in county jail, is proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

       On June 29, 2020, the assigned magistrate judge issued an order directing Plaintiff, within thirty days, to complete provided "service documents" and to return them to the Court. Doc. No. 25. The magistrate judge granted Plaintiff three extensions of time to comply with the order. Doc. Nos. 28, 30, 32. Nevertheless, Plaintiff failed to complete and return the service documents within the time provided.

       Therefore, on January 8, 2021, the magistrate judge filed findings and recommendations, recommending that this action be dismissed for Plaintiff's failure to obey court orders. Doc. No. 33. The findings and recommendations were served on Plaintiff and provided him fourteen days

to file objections thereto. Id. at 2. Plaintiff has not filed objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on January 8, 2021 (Doc. No. 33), are ADOPTED in full;
2. This action is DISMISSED for Plaintiff's failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 16, 2021                         _____
                                                    SENIOR DISTRICT JUDGE

2